# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNA LINDSAY,
Appellant,
vs.
RANDALL LINDSAY,
Respondent.

No. 75551

**FILED**

MAY 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 11, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A B*

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Shanna Lindsay
Throne Hauser Mentzel
Eighth District Court Clerk

---

[1]Respondent's motion for limited remand filed on April 19, 2018, is denied as moot.

18-19512